1082

### GENERAL MOTORS ACCEPTANCE COR-PORATION, a Corporation, Claimant, etc., Appellant, v. UNITED STATES of America, Appellee.

#### No. 6584.

Circuit Court of Appeals, Ninth Circuit.

June 7, 1932.

See decision of the Supreme Court of the United States answering questions certified 52 S. Ct. 468, 76 L. Ed. ——.

Potter & Getz, of Los Angeles, Cal., for appellant.

Samuel W. McNabb, U. S. Atty., of Los Angeles, Cal.

Before WILBUR and SAWTELLE, Circuit Judges, and NORCROSS, District Judge.

PER CURIAM.

The mandate of the Supreme Court of the United States answering certain questions certified to it by this court in this cause having been ordered filed, it is ordered that decrees of affirmance be filed and entered in this case; mandates forthwith.

### KAUFMANN AND BAER COMPANY, Appellant, v. D. B. HEINER, Collector of Internal Revenue for the Twenty-Third District of Pennsylvania, Appellee.

#### SAME v. C. G. LEWELLYN, Formerly Collector of Internal Revenue for the Twenty-Third District of Pennsylvania, Appellee.

#### Nos. 4417, 4418.

Circuit Court of Appeals, Third Circuit.

Dec. 2, 1931.

Rehearing Denied June 27, 1932.

Louis Caplan, of Pittsburgh, Pa., and W. W. Booth and W. A. Seifert, both of Pittsburgh, Pa. (Smith, Shaw, McClay & Seifert, of Pittsburgh, Pa., of counsel), for appellant.

E. J. Dowd, Sp. Atty., Bureau of Internal Revenue, of Washington, D. C., John A. Mc-Cann, Sp. Asst. to U. S. Atty., and Louis Edward Graham, U. S. Atty., both of Pittsburgh, Pa. (C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and T. H. Lewis, Jr., Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., of counsel), for appellee.

Before BUFFINGTON and DAVIS, Circuit Judges, and WATSON, District Judge.

PER CURIAM.

These cases rest on their own peculiar and unusual facts. These have been fully discussed, as well as the law on the subject, in the comprehensive opinion of the court below, 34 F.(2d) 698. Finding ourselves in accord therewith, its judgment is affirmed.

### Alice LANDIS, as Administratrix, etc., Plaintiff-Appellant, v. PENNSYLVANIA RAILROAD COMPANY, Defendant-Appellee.

#### No. 407.

Circuit Court of Appeals, Second Circuit.

May 6, 1932.

See, also, 53 F.(2d) 476.

Thomas J. O'Neill, of New York City (Charles D. Lewis, of White Plains, N. Y., of counsel), for appellant.

Burlingham, Veeder, Fearey, Clark & Hupper, of New York City (Morton L. Fearey and Norman M. Barron, both of New York City, of counsel), for appellee.

PER CURIAM.

Judgment reversed in open court.